UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

RENEE C. THOMPSON,

                              Plaintiff,

   -against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

                             Defendant.

--------------------------------------------------------------------X

**JUDGMENT**
05-CV- 5253 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on May 3, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); remanding plaintiff's claim for further administrative proceedings; and ordering that upon remand, the Administrative Law Judge will evaluate the medical opinions of record in accordance with 20 C.F.R. §§ 404.1527(d) and 416.927(d); it is

       ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); that plaintiff's claim is remanded for further administrative proceedings; and that upon remand, the Administrative Law Judge will evaluate the medical opinions of record in accordance with 20 C.F.R. §§ 404.1527(d) and 416.927(d).

Dated: Brooklyn, New York
       May 03, 2006

                                 ROBERT C. HEINEMANN
                                 Clerk of Court